UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW J. OLMSTEAD,<br><br>        Plaintiff,<br>v.<br><br>KING COUNTY,<br><br>        Defendant. | No. 2:25-cv-00148-JNW |
| ENRICO DONAGLIA,<br><br>        Plaintiff,<br>v.<br><br>KING COUNTY,<br><br>        Defendant. | No. 2:25-cv-00146-BAT |
| WAYNE S. GODING,<br><br>        Plaintiff,<br>v.<br><br>KING COUNTY,<br><br>        Defendant. | No. 2:25-cv-00145-DWC<br><br>ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE CASES FOR DISCOVERY AND SUMMARY JUDGMENT |

ORDER GRANTING STIPULATED MOTION TO
CONSOLIDATE CASES - 1
  No. 2:25-cv-00148-JNW
  No. 2:25-cv-00146-BAT
  No. 2:25-cv-00145-DWC

PACIFICA LAW GROUP LLP
401 UNION ST.
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1   This matter comes before the Court on the parties' Stipulated Motion to Consolidate Cases for Discovery and Summary Judgment. The Court agrees with the parties' reasoning for consolidation for purposes of discovery and summary judgment, as consolidating will promote efficiency.

*Enrico Donaglia v. King County*, No. 2:25-cv-00146-BAT, and *Wayne Goding v. King County*, No. 2:25-cv-00145-DWC, are transferred before the Honorable Jamal N. Whitehead. All subsequent filings in these cases shall bear the initials "JNW" after the case numbers.

The Court GRANTS the parties' request to consolidate this matter with *Donaglia*, No. 2:25-cv-00146-BAT, and *Goding*, No. 2:25-cv-00145-DWC, and their request to strike the deadlines in these matters. The case caption will be reformed as a triple-captioned case referring to all three matters as shown above. The main docket for filing any discovery related motion shall be *Olmstead*, No. 2:25-cv-00148-JNW. Because the cases are not consolidated for all purposes, the Court will not issue a single cause number combining the dockets for all three matters.

The Court will set new case schedules in these matters in light of the parties' proposed deadlines in their stipulated motion.

DATED this 23rd day of December, 2025.

_____
Honorable Jamal N. Whitehead
United States District Judge

Presented by:

PACIFICA LAW GROUP LLP

ORDER GRANTING STIPULATED MOTION TO
CONSOLIDATE CASES - 2
 No. 2:25-cv-00148-JNW
 No. 2:25-cv-00146-BAT
 No. 2:25-cv-00145-DWC

PACIFICA LAW GROUP LLP
401 UNION ST.
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

*s/ Kai A. Smith*
Kai A. Smith, WSBA #54749
Eugene Lee, WSBA #61190
Attorneys for Defendant King County

PACIFIC JUSTICE INSTITUTE

*s/ Harold H. Franklin, Jr.*
Harold H. Franklin, Jr., WSBA #20486
Attorney for Plaintiff

ORDER GRANTING STIPULATED MOTION TO
CONSOLIDATE CASES - 3
 No. 2:25-cv-00148-JNW
 No. 2:25-cv-00146-BAT
 No. 2:25-cv-00145-DWC

PACIFICA LAW GROUP LLP
401 UNION ST.
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750